STATE of Missouri, Respondent,

v.

John H. COLEMAN,
Defendant/Appellant.

No. ED 100442

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: March 17, 2015

Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

PER CURIAM

The defendant, John Coleman, appeals the judgment and sentence entered by the Circuit Court of the City of St. Louis following his conviction by a jury of one count of first-degree robbery, in violation of section 569.020 RSMo. (2000). The trial court sentenced the defendant as a persis-tent offender to 30 years of imprisonment. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).